UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 24 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CAUSE NO. 1:18-cr- |
| v. | ) 1:18-cr-0163 TWP-MJD |
| PATRICK A. BOWERS, | ) |
| Defendant. | ) False Statement on Loan Application (18 U.S.C. § 1014) |

## INFORMATION

The United States Attorney charges that:

### INTRODUCTION

At all times relevant to this Information:

1. Hallmark Home Mortgage (HHM) was a mortgage lending business which had an office in Indianapolis, Marion County, Indiana.

2. **PATRICK A. BOWERS**, the Defendant herein, was employed by HHM as a loan officer at their Indianapolis office.

3. As a part of his duties as a loan officer, **PATRICK A. BOWERS** would obtain financial records from his clients applying for mortgage loans and would then submit those documents to other HHM employees for the purpose of seeking approval of the loan applications.

4.     On various occasions, **PATRICK A. BOWERS** altered the financial records of certain of his HHM clients in a manner that overstated their assets and then submitted these false documents to HHM underwriters.

5.     **PATRICK A. BOWERS** submitted these false documents for the purpose of influencing the action of HHM regarding the approval of the subject loan applications.

### EXECUTION OF THE OFFENSE

All paragraphs of the Introductions are fully incorporated herein.

From on or about the 26th day of July 2012 until on or about the 13th day of February 2015, in Marion County, in the Southern District of Indiana,

**PATRICK A. BOWERS,**

Defendant herein, did knowingly make false statements and did willfully overvalue certain property, for the purpose of influencing the action of Hallmark Home Mortgage, a mortgage lending business; which being in violation of Title 18, United States Code, Section 1014.



JOSH J. MINKLER
United States Attorney

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
James M. Warden
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 23rd day of May 2018.

_____
Guey Jen Yang
Notary Public



My Commission Expires: June 27, 2022

My County of Residence: Hendricks